IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANGELA K. COLTON,

    Plaintiff,

vs.                                           CASE NO. 5:08cv353/RS-AK

HOB-LOB, LTD,

    Defendant.
_____/

## ORDER

Before me is the Stipulation For Dismissal With Prejudice (Doc. 36).

**IT IS ORDERED:**

1.     This case is dismissed with prejudice.

2.     The clerk is directed to close the file.

**ORDERED** on January 21, 2011.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**